United States District Court
District of Massachusetts

```
                              )
Joseph Hurley,                )
                              )
          Plaintiff,          )
                              )
     v.                       )        Civil Action No.
                              )        22-10260-NMG
Waddington North America, Inc.,  )
et al.,                       )
                              )
          Defendants.         )
                              )
```

**MEMORANDUM & ORDER**

GORTON, J.

This case arises from employment discrimination claims brought by John Hurley ("Hurley" or "plaintiff"), a former employee of Waddington North America, Inc. ("WNA"), Ronald Marshia ("Marshia") and John Demers ("Demers") (collectively, "defendants"). Hurley alleges that defendants subjected him to discrimination and retaliation based upon his familial responsibilities as a foster parent to disabled children and his own medical conditions while working at WNA's manufacturing facility in Chelmsford, Massachusetts.

On May 20, 2022, the Court held a scheduling conference to set discovery deadlines and the date of the final pretrial conference and trial. Trial was scheduled to begin on Monday, May 22, 2023. On December 29, 2022, the Court allowed, in part,

and denied, in part, the parties' joint motion to extend the pending deadlines and reset the trial date.   The deadlines were extended and the trial was rescheduled to begin on Monday, August 14, 2023.

Now, blaming the defendants for producing "deficient discovery," plaintiff's counsel moves to extend the pending deadlines and to postpone the trial date yet again.   It appears that neither counsel has been diligent in preparing this case for trial and further obfuscation by either will result in the imposition of sanctions against counsel.

Plaintiff's motion for an extension of pending deadlines and a reset of the current trial date (Docket No. 35) is **ALLOWED**, in part, and **DENIED**, in part.   The new deadlines are:

| | |
|---|---|
| 03/31/2023 | All discovery completed, including expert depositions |
| 05/31/2023 | Dispositive motions filed |
| 06/30/2023 | Oppositions to dispositive motions filed |
| 07/14/2023 | Replies to dispositive motions (only with leave of Court) filed |

Final pretrial conference is set for Wednesday, October 4, 2023, at 3:00 p.m. and jury trial will commence on Tuesday, October 10, 2023, at 9:00 a.m.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated:  March 7 , 2023